# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JUAN C. MONTERROSO            §       Case No. 13-81433
        JENNIFER L. MONTERROSO        §
                                      §
            Debtor(s)                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 04/23/2013.

2) The plan was confirmed on 06/28/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/05/2014, 05/22/2015, 09/03/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on
   11/05/2013, 09/11/2014, 03/03/2015, 04/17/2015, 06/01/2015, 07/23/2015, 11/02/2015, 12/18/2015.

5) The case was dismissed on 12/18/2015.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,451.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 25,291.25 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 25,266.25 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,514.08 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,514.08 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BRIAN A. HART LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 8,221.87 | 8,221.87 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 23,687.77 | 23,687.77 | 23,687.77 | 10,286.35 | 2,822.25 |
| TOYOTA MOTOR CREDIT | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 29,000.00 | 44,276.05 | 7,643.57 | 7,643.57 | 0.00 |
| BECKET & LEE LLP | Uns | 648.00 | 647.54 | 647.54 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 4,321.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 7,055.00 | NA | NA | 0.00 | 0.00 |
| BERNADETTE MAYER MD | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,175.00 | 676.63 | 676.63 | 0.00 | 0.00 |
| CENTEGRA CLINICAL | Uns | 334.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 442.00 | 441.53 | 441.53 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - | Uns | 2,332.00 | 3,200.96 | 3,200.96 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 25,455.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| CIRCUIT COURT OF COOK COUNTY | Uns | 200.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMCAST | Uns | 443.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE HEALTHCARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEERPATH PRIMARY CARE | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| DILLON & SHAW MD | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Uns | 233.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Uns | 6,300.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 482.00 | 482.67 | 482.67 | 0.00 | 0.00 |
| GAUTAM GUPTA MD | Uns | 1,655.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 847.00 | 847.42 | 847.42 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 575.00 | 596.00 | 596.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 600.00 | 600.19 | 600.19 | 0.00 | 0.00 |
| LAKE HEART SPECIALISTS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGY & IMAGING | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CENTER OF DENTAL | Uns | 21.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,017.00 | 1,064.17 | 1,064.17 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| RCN EQUIPMENT RECOVERY | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Uns | 15,589.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 4,271.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERV. OF | Uns | 3,738.00 | 2,744.06 | 2,744.06 | 0.00 | 0.00 |
| SURGICAL ASSOC OF FOX VALLEY | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH EMERGENCY ASSOC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 771.00 | 771.52 | 771.52 | 0.00 | 0.00 |
| TNB - VISA | Uns | 749.00 | NA | NA | 0.00 | 0.00 |
| TOWN SQUARE ANESTHESIA | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Uns | 375.00 | 378.06 | 378.06 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HUNTLEY | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| OAC | Uns | 0.00 | 564.00 | 564.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 0.00 | 3,237.09 | 3,237.09 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,643.57 | $ 7,643.57 | $ 0.00 |
| Debt Secured by Vehicle | $ 23,687.77 | $ 10,286.35 | $ 2,822.25 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 31,331.34 | $ 17,929.92 | $ 2,822.25 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 24,473.71 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,514.08 |
| Disbursements to Creditors | $ 20,752.17 |
| **TOTAL DISBURSEMENTS:** | $ 25,266.25 |

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: <u>03/17/2016</u>      By: <u>/s/ Lydia S. Meyer</u>
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.